IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM B. DUREN                                                                          PLAINTIFF

VS.                                        CASE NO. 06-CV-4053

MIKE WADE and RICK STONE                                                          DEFENDANTS
of the Miller County Correctional
Facility

## ORDER

Before the Court is the Report and Recommendation filed August 22, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Judge Shepherd recommends Plaintiff's request for injunctive relief be denied because it fails to satisfy the factors outlined by *Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir.1981). Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds that Plaintiff's request for injunctive relief should be and hereby is denied.

**IT IS SO ORDERED**, this 15th day of September, 2006.

                                                    /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge