IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM B. DUREN                                                              PLAINTIFF

VS.                          CASE NO. 04:06-4053

MIKE WADE, ALVIN
HOWARD, also known as
RICK STONE                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 21, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 35). Judge Bryant recommends that Defendants' Motion for Summary Judgment (Doc. 24) be granted in part and denied in part. Plaintiff William B. Duren has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Defendants Motion for Summary Judgment should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. To the extent Defendants seek summary judgment on Plaintiff's excessive force claim, the motion is **DENIED**. Plaintiff's excessive force claim may proceed to trial. To the extent Defendants seek summary judgment based on Plaintiff's claims of unconstitutional segregation, the motion is **GRANTED**. Plaintiff's claims alleging violations of his right to due process related to his time in administrative segregation are hereby **DISMISSED**.

**IT IS SO ORDERED**, this 20th day of September, 2007.

                                                                   /s/Harry F. Barnes
                                                                   Hon. Harry F. Barnes
                                                                   United States District Judge