IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM B. DUREN                                                                               PLAINTIFF

VS.                                          CASE NO. 4:06-CV-4053

MIKE WADE, et al.                                                                           DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed March 27, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 59). Judge Bryant conducted an evidentiary hearing on March 3, 2008, hearing testimony from William Duren, Alvin Howard, Kevin Hampton, Mike Wade and Renee Wright. (Doc. 58).

  Having taken the matter under advisement, Judge Bryant now recommends that judgment be entered in favor of Defendants and that this case be dismissed with prejudice. Plaintiff William B. Duren has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 18th day of April, 2008.

                       /s/ Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge